**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LAURITA DOMINGUEZ-RUIZ, | No.    15-72587 |
| Petitioner, | Agency No. A096-211-064 |
| v. | |
| MATTHEW G. WHITAKER, Acting Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 17, 2018**

Before:    WALLACE, SILVERMAN, and McKEOWN, Circuit Judges.

Laurita Dominguez-Ruiz, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's decision denying her application for cancellation of removal.

We dismiss the petition for review.

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review the agency's discretionary determination that Dominguez-Ruiz failed to show exceptional and extremely unusual hardship to her qualifying relatives. *See Mendez-Castro v. Mukasey*, 552 F.3d 975, 978-79 (9th Cir. 2009). Although the court would retain jurisdiction over colorable questions of law and constitutional claims, the record does not support Dominguez-Ruiz's contention that the agency failed to apply the correct legal standard where the agency cited to and applied *Matter of Recinas*, 23 I. & N. Dec. 467 (BIA 2002). *See Mendez-Castro*, 552 F.3d at 980 (the agency applies the correct legal standard where it expressly cites and applies relevant case law in rendering its decision).

**PETITION FOR REVIEW DISMISSED.**